IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nancy Morrow

,

Plaintiff(s),

v.

Patrick R. Donahoe,

Defendant(s).

Case No. 15 C 761
Judge Harry D. Leinenweber

## ORDER

Motion hearing held. The Court dismisses this case for lack of jurisdiction. Plaintiff's Motion for Untimely filing by defendant [14] is denied as moot.

Date: 8/11/2015

Harry D. Leinenweber
United States District Judge