```
                                                                    1

 1                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   NANCY MORROW,                    )
                                      )
 4              Plaintiff,            )
                                      )
 5              v.                    )  No. 15 CV 00761
                                      )
 6   PATRICK R. DONAHOE, Postmaster   )
     General,                         )  Chicago, Illinois
 7                                    )  August 11, 2015
                Defendant.            )  9:45 a.m.
 8
                         TRANSCRIPT OF PROCEEDINGS
 9
             BEFORE THE HONORABLE HARRY D. LEINENWEBER
10
     APPEARANCES:
11
     For the Plaintiff:         MS. NANCY MORROW, Pro Se
12                              11530 South Laflin Street
                                Chicago, Illinois 60643
13                              (773) 568-4147

14   For the Defendant:         United States Attorney's Office
                                BY:  MR. JEFFREY M. HANSEN
15                              Assistant United States Attorney
                                219 South Dearborn Street
16                              Chicago, Illinois 60604
                                (312) 353-5300
17

18   Court Reporter:            Judith A. Walsh, CSR, RDR, CRR
                                Official Court Reporter
19                              219 South Dearborn Street, Room 1944
                                Chicago, Illinois 60604
20                              (312) 702-8865

21

22

23

24

25
```

```
 1      (Proceedings heard in open court:)
 2              THE CLERK:  15 C 761, Morrow versus Donahoe.
 3              THE COURT:  Good morning.
 4              MS. MORROW:  Yes.  My name is Nancy Morrow, pro se.
 5              MR. HANSEN:  Good morning, your Honor.  Jeff Hansen
 6      on behalf of the United States.
 7              THE COURT:  A motion for untimely filing by
 8      defendant.  What was untimely?
 9              MS. MORROW:  Okay.  Well, this case was filed January
10      the 26th, and all the fees were paid May the 11th.  Actually,
11      the documentation went out to the defendant, which is the
12      United States Postal Service, giving -- allowing them 60 days
13      to respond.  And they didn't respond by July the 10th, which
14      is over 80 days.
15              This is in violation of the constitutional rights.
16      The United States Postal Service defendant interfered with the
17      appeal process and with fraudulent denying Nancy Morrow's
18      case.  And this was done on March the 8th.  Abuse and practice
19      and impersonating a judge's name.
20              MR. HANSEN:  Your Honor, review of the complaint
21      makes it clear that this is a personal liability case, a
22      Bivens action against one postal attorney, Ms. Crump.  And she
23      has not been served.
24              MS. MORROW:  Yes, I have documentation showing that,
25      you know, the mail went out.  And I did have a return receipt
```

1  with proof of service. So they did receive --
2           THE COURT: Did you notify the Attorney General of
3  the United States?
4           MS. MORROW: Yes. They did receive the notification,
5  and I have proof here. They just failed to respond. And this
6  was actually proof of service that was also submitted to the
7  Court. And this was done on July the 11th.
8           MR. HANSEN: As your Honor is aware, the individual
9  in a Bivens claim has to be served personally.
10          MS. MORROW: Okay. Well, this were done with --
11          THE COURT: Is this an employment discrimination
12 case?
13          MS. MORROW: No. This is handled -- this was by
14 Patrick Donahoe -- actually, the person that it was sent to
15 were Patrick Donahoe and the Department of Justice, also the
16 U.S. Attorney General. All parties were served.
17          THE COURT: You're suing the Postmaster General of
18 the United States?
19          MS. MORROW: The person, the postmaster, she's an
20 employee of the United States Postal Service. Her name is
21 Linda Crump. She impersonated a judge's name.
22          THE COURT: The complaint is against Patrick Donahoe.
23          MS. MORROW: Right, but she's an employer of the --
24 just like I am an employer.
25          THE COURT: What?

1        MS. MORROW:  Yes.  And actually, she used malicious
2    slander which is a personal injury and too in violation of the
3    rules of personal injury that falls under assault, libel,
4    slander, and as a matter of law.
5            THE COURT:  What's happening in the EEOC case?
6            MS. MORROW:  Well, that's what this is.  Actually,
7    she --
8            THE COURT:  Are you suing for employment
9    discrimination or --
10           MS. MORROW:  No.  This is a constitutional rights.
11   And this is, you know, in violation under the 42 --
12           THE COURT:  Well --
13           MS. MORROW:  -- 1983 and 85.
14           THE COURT:  There's been no service?
15           MR. HANSEN:  No service on Ms. Crump.
16           MS. MORROW:  Yes, it has.  Actually --
17           THE COURT:  I don't have a copy of your service.
18           MS. MORROW:  I have it here.
19           THE COURT:  Let's see it.
20           MS. MORROW:  These are the services of the parties
21   representing that needed to be representing her, which is the
22   Postmaster General department.  And here's a notification here
23   in the back, right here.
24           All parties were served.  They had until July the
25   10th to respond, and here it is over 80 days and no response

1  at all, and I ask that judgment be in favor of the plaintiff.
2          THE COURT:  It doesn't show any acceptance of
3  delivery by the Department of Justice.
4          MS. MORROW:  Actually, they signed for it and the
5  signature there, and it also has a date.
6          THE COURT:  I don't see any --
7          MS. MORROW:  It's on this page.  It's the return
8  receipt proof of service, proof of delivery, and it's date and
9  signed by the parties.
10         THE COURT:  What did Mr. Donahoe do to you?
11         MS. MORROW:  What did he do to me?
12         THE COURT:  Yes.
13         MS. MORROW:  Okay.  I have filed a civil action
14  discrimination case.
15         THE COURT:  What did he do to you personally?  He has
16  to be personally involved.
17         MS. MORROW:  What is happening is, when you file a
18  lawsuit against the post office, you have to represent the
19  Postmaster and you have to represent the Department of
20  Justice.  That's the one that you sue in regards to any of the
21  employees.
22         THE COURT:  No, it's not.  I'm going to dismiss the
23  suit, save you some money.  So for lack of jurisdiction, cause
24  dismissed.
25         MR. HANSEN:  Thank you, your Honor.

```
                                                                6
 1              THE COURT:  Thank you.
 2              MS. MORROW:  But she's an employer.  She works --
 3              THE COURT:  It's not --
 4              MS. MORROW:  That's the party --
 5              THE COURT:  You have it all -- you don't know what
 6   you're doing, unfortunately.  So anyway, there's no claim --
 7              MS. MORROW:  Well, I'm an employer so that's why --
 8              THE COURT:  There's no employer/employee liability
 9   for constitutional violations.
10              MS. MORROW:  Okay.  Well, that's who we used to --
11              THE COURT:  The cause is dismissed.  Thank you.
12      (Proceedings adjourned at 9:51 a.m.)
13                         * * * * * * *
14                       C E R T I F I C A T E
15         I, Judith A. Walsh, do hereby certify that the
16   foregoing is a complete, true, and accurate transcript of the
17   proceedings had in the above-entitled case before the
18   Honorable HARRY D. LEINENWEBER, one of the judges of said
19   Court, at Chicago, Illinois, on August 11, 2015.
20
21   /s/ Judith A. Walsh, CSR, RDR, CRR           October 15, 2015
22   Official Court Reporter
23   United States District Court
24   Northern District of Illinois
25   Eastern Division
```